```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CRISTIAN SANCHEZ, *on behalf of himself and all others similarly situated*,

                      Plaintiff,

         -against-

POWERDOT, INC.,

                     Defendant.
-------------------------------------------------------------------X

1:21-cv-04226-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    Plaintiff's August 31, 2021 request to adjourn the initial pretrial conference currently scheduled for September 7, 2021 *sine die*, Dkt. No. 8, is granted. The Court expects that any application for an order to show cause for default judgment will be submitted no later than October 1, 2021.

    The Clerk of Court is instructed to terminate the motion at Dkt. No. 8.

    SO ORDERED.

Dated: August 31, 2021
New York, New York

                                                  _____
                                                     GREGORY H. WOODS
                                                    United States District Judge